REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
LOIS I. BRADY

The following constitutes
the order of the court. Signed October 2, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

BONNIE KAY HILLMAN
aka BONNIE Hillman Sterling

SSN xxx xx 9635

    Debtor
_____

LOIS I. BRADY, Trustee
    Plaintiff
v.

BONNIE KAY HILLMAN

    Defendant

Case No. 11-44624 ED

Chapter 7

AP No. 13-04078, consolidated with
AP No. 13-04198

**STIPULATED JUDGMENT REVOKING DISCHARGE**

    The Court having previously entered an Order Approving Stipulation for Judgment Revoking Discharge of Bonnie Kay Hillman ("Debtor"), docketed as ECF No. 84 in the above-referenced bankruptcy case No. 11-44624-RLE ("Bankruptcy Case"), and good cause appearing, therefor

//

//

IT IS HEREBY ADJUDGED that the discharge previously entered in the above Bankruptcy Case in favor of the Debtor, is hereby revoked. Each party shall bear their own costs and attorney fees.

AGREED AS TO FORM AND CONTENT:

LAW OFFICES OF WAYNE SILVER

_____/s/_____Wayne Silver_____
Attorney for Debtor
BONNIE KAY HILLMAN

TRACY HOPE DAVIS
U.S. Trustee for Region 17

_____/s/__Maggie McGee___
Trial Attorney
Office of the U.S. Trustee, Oakland Division

STROMSHEIM & ASSOCIATES

_____/s /_____Reidun Strømsheim_
Attorneys for Trustee,
LOIS I. BRADY

***END OF ORDER***

COURT SERVICE LIST

No service required